IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ADAMS HOMES OF
NORTHWEST FLORIDA, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D17-3831

v.

SAMUEL ALAN OSBORNE,

Respondent.

_____/

Opinion filed October 3, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

W. David Jester, Kellie A. Caggiano, and Alexis L. Kessler of Galloway Johnson Tompkins Burr & Smith PLC, Pensacola, for Petitioner.

No appearance for Respondent.

PER CURIAM.

DENIED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., CONCUR.